IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

HENRY AYO and KAIASHA WHITE,
on behalf of themselves and those similarly
situated,

    Plaintiffs,

v.

CLEVE DUNN, Sr., *et al.*,

    Defendants.

Case No. 3:17-cv-526-SDD-EWD

## ORDER

Considering Plaintiff Henry Ayo's Notice of Voluntary Dismissal as Named Plaintiff and Proposed Class Representative (Doc. 80),

**IT IS ORDERED** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that the individual and class claims of Henry Ayo as a named plaintiff and proposed class representative are hereby dismissed.

this __13__ day of __March__, 2019.

                              */s/ Shelley D. Dick*
                              UNITED STATES DISTRICT JUDGE