UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYARI ROSS and KAIASHA WHITE, on behalf of themselves and those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>CLEVE DUNN, Sr. and REHABILITATION HOME INCARCERATION,<br><br>  Defendants. | Case No. 3:17-cv-526-SDD-EWD |

## NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION AND MOTION TO STAY ALL FUTURE DEADLINES

  Plaintiffs Tayari Ross and Kaiasha White and Defendants Rehabilitation Home Incarceration and Cleve Dunn (collectively, the "Parties") hereby notify the Court that the Parties have reached a settlement agreement-in-principle to resolve the above-captioned case and are currently finalizing the final written settlement agreement to conclude this matter. Accordingly, considering the Parties' pending settlement, the Parties hereby also move the Court to stay all future deadlines in this case to allow the Parties to finalize the settlement agreement and obtain necessary signatures. A proposed order granting a stay of all future deadlines is attached.

  Respectfully submitted this 5th day of December, 2019.

| | |
|---|---|
| /s/ Dele Adebamiji | /s/ Ivy Wang |
| Dele A. Adebamiji, La. Bar No. 21417 | Ivy Wang, La. Bar No. 35368 |
| THE ADEBAMIJI LAW FIRM | SOUTHERN POVERTY LAW CENTER |
| P.O. Box 80712 | 201 St. Charles Ave., Suite 2000 |
| Baton Rouge, LA 70898-0712 | New Orleans, LA 70170 |
| P: 225-927-9006 | P: 504-386-8982 |
| F: 225-927-6008 | F: 504-486-8947 |
| E: adebamijilawoffice@gmail.com | E: ivy.wang@splcenter.org |
| *Attorney for Defendants* | |

1

Emily C.R. Early, ASB-8536B18H*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Ave., Suite 340
Decatur, GA 30037
P: 404-221-4036
F: 404-221-5857
E: emily.early@splcenter.org

Sara Zampierin, ASB-1659-S34H*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
P: 334-956-8200
F: 334-956-8481
E: sara.zampierin@splcenter.org

Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
P: 504-522-0628
F: 504-613-5611
E: bhamilton@laaclu.org

Brandon Buskey, ASB-2753-A50B*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
CRIMINAL LAW REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
P: 212-549-7364
F: 212-549-2654
E: bbuskey@aclu.org

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this 5th day of December, 2019:

Dele A. Adebamiji
THE ADEBAMIJI LAW FIRM
P.O. Box 80712
Baton Rouge, LA 70898-0712

                                           /s/ Emily Early
                                           Emily C.R. Early
                                           Attorney for Plaintiffs