UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TAYARI ROSS and KAIASHA WHITE,
on behalf of themselves and
those similarly situated,

CIVIL ACTION

VERSUS

17-526-SDD-EWD

CLEVE DUNN, SR. AND
REHABILITATION HOME
INCARCERATION

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

Signed in Baton Rouge, Louisiana on December 6, 2019.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 122.

Jury